JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
MAX E. CORRICK, II, ESQ.
Nevada Bar No. 006609
BRANDON P. SMITH, ESQ.
Nevada Bar No. 010443
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax #: (702) 383-0701
jgormley@ocgas.com
mcorrick@ocgas.com
bsmith@ocgas.com
*Attorneys for Defendant EMC INSURANCE COS.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR LARIOS,<br><br>        Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY dba EMC INSURANCE COMPANIES; DOES 1 – 30, inclusive; and ROE CORPORATIONS 1 – 30, inclusive,<br><br>        Defendants. | CASE NO.: 2:16-cv-02337-RFB-GWF<br><br>[In association with Eighth Judicial District Court Case No. A-16-743414-C; Dept. XXI]<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, through their counsel that the above-captioned case has settled and therefore it is dismissed, with prejudice; and that all parties are to bear their own attorneys fees and costs.

DATED this ___ day of December, 2016                DATED this 9 day of December, 2016

OLSON, CANNON, GORMLEY,                              LAW OFFICES OF ERIC R. BLANK, PC
ANGULO & STOBERSKI

_____                       _____
JOHN E. GORMLEY, ESQ.                                WILLIAM B. PALMER, II, ESQ.
Nevada Bar No. 001611                                Nevada Bar No. 001803
9950 W. Cheyenne Avenue                              7860 West Sahara Avenue, #110
Las Vegas, Nevada 89129                              Las Vegas, Nevada 89117
*Attorneys for Defendant*                            *Attorneys for Plaintiff*
                                                     *EDGAR LARIOS*

LARIOS v. EMC INS. COS.<br>
USDC Case #:  2:16-cv-02337-RFB-GWF<br>
Stipulation & Order for Dismissal, with prejudice

## ORDER

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice and all parties shall bear their own fees and costs.

DATED:  January 2, 2017.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

_____
JOHN E. GORMLEY, ESQ.
Nevada Bar No. 001611
MAX E. CORRICK, II, ESQ.
Nevada Bar No. 006609
BRANDON P. SMITH, ESQ.
Nevada Bar No. 010443
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
*Attorneys for Defendant*
*EMC INSURANCE COS.*